**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE CO., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CENTEX HOMES, et al.,<br><br>          Defendants. | CASE NO. 2:14-cv-01962-MCE-KJN<br>NEW CASE NO. 1:14-cv-01384-LJO-GSA<br><br>ORDER ASSIGNING NEW CASE NUMBER |

The above-captioned action was recently reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Gary S. Austin. For administrative reasons, its transfer to the Fresno Division requires assignment of a new case number. Accordingly, all future filings in this matter shall bear the new **CASE NO. 1:14-cv-01384-LJO-GSA.**

IT IS SO ORDERED.

Dated:   **September 22, 2014**          /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1