**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Raymond E. Brown, Esq. (SBN 164819)
Philip N. Blanco, Esq. (SBN 287403)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
pblanco@aguileragroup.com

Attorneys for Plaintiffs, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, <br><br>         Plaintiffs, <br><br>         v. <br><br> CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, <br><br>         Defendants. | Case No. 1:14-cv-01384-LJO-GSA <br><br> **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** <br><br> *Current Date:* January 6, 2014 <br> *Proposed New Date:* February 17, 2014 <br> Time: 9:30 a.m. <br> Ctrm: 10 (6th Floor) <br> Judge: Gary S. Austin, U.S. Magistrate Judge |

TO THE COURT, ALL PARTIES OF RECORD AND THEIR ATTORNEYS HEREIN:

WHEREAS, the Complaint of Plaintiffs St. Paul Fire & Marine Insurance Company, Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America (collectively "Travelers") was filed on September 22, 2014;

1    WHEREAS, Defendants Centex Homes and Centex Real Estate Corporation (collectively
2  "Centex") filed a Motion to Dismiss Travelers' Complaint on October 3, 2014;
3    WHEREAS, on December 10, 2014, the Court issued a Memorandum Decision and Order
4  Re Defendant's Motion to Dismiss (Doc. 11), which granted Centex's Motion to Dismiss
5  Travelers' Complaint.  The Court granted Travelers leave to file an amended complaint on or
6  before January 2, 2015;
7    WHEREAS, the Court set this matter for a Mandatory Scheduling Conference ("MSC") on
8  January 6, 2014;
9    WHEREAS the parties have been meeting and conferring about the allegations in
10 Travelers' Complaint;
11   WHEREAS, the parties agree that it will be more efficient, and the Court's resources are
12 better served, if the MSC is continued until after Travelers has filed its amended Complaint to
13 allow the parties additional time to meet and confer further as to these issues;
14   IT IS HEREBY AGREED AND STIPULATED and the parties propose that the Mandatory
15 Scheduling Conference is continued to February 17, 2014 at 9:30 a.m., along with the following
16 attendant dates:
17       February 3, 2015     Last day to complete Rule 26(f) meeting of counsel; and
18       February 10, 2015    Last day to file Joint Scheduling Report.
19 ///

1   DATED: December 23, 2014            THE AGUILERA LAW GROUP  APLC
2
3
4                                        By: /s/  Philip N. Blanco
                                             A. Eric Aguilera
5                                            Raymond E. Brown
                                             Philip N. Blanco
6                                            Attorneys for Travelers
7
8   DATED: December 23, 2014            PAYNE & FEARS  LLP
9
10
                                         By: /s/ Jared De Jong
11                                           J. Kelby Van Patten
                                             Jeffrey M. Hayes
12                                           Jared De Jong
                                             Attorneys for Centex
13

## ORDER

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference is continued to February 17, 2015, at 9:30 a.m., along with the following attendant dates:

    February 3, 2015      Last day to complete Rule 26(f) meeting of counsel; and

    February 10, 2015    Last day to file Joint Scheduling Report.

IT IS SO ORDERED.

Dated:   **December 23, 2014**                               **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE