**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Raymond E. Brown, Esq. (SBN 164819)
Philip N. Blanco, Esq. (SBN 287403)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
pblanco@aguileragroup.com

Attorneys for Plaintiffs, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No. 1:14-cv-01384-LJO-GSA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR TRAVELERS TO FILE AMENDED COMPLAINT** |

TO THE COURT, ALL PARTIES OF RECORD AND THEIR ATTORNEYS HEREIN:

WHEREAS, the Complaint of Plaintiffs St. Paul Fire & Marine Insurance Company, Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America (collectively "Travelers") was filed on September 22, 2014;

1    WHEREAS, Defendants Centex Homes and Centex Real Estate Corporation (collectively

2 "Centex") filed a Motion to Dismiss Travelers' Complaint on October 3, 2014;

3    WHEREAS, on December 10, 2014, the Court issued a Memorandum Decision and Order

4 Re Defendant's Motion to Dismiss (Doc. 11), which granted Centex's Motion to Dismiss

5 Travelers' Complaint.  The Court granted Travelers leave to file an amended complaint on or

6 before January 2, 2015;

7    WHEREAS the parties have been meeting and conferring about the allegations in

8 Travelers' Complaint;

9    IT IS HEREBY AGREED AND STIPULATED and the parties propose that pursuant to

10 Eastern District of California Local Rule 144(a), Travelers' deadline to file an amended Complaint

11 will be **January 16, 2015**.

12

13 DATED: December 23, 2014          THE AGUILERA LAW GROUP  APLC

14

15                                    By: /s/  Philip N. Blanco

16                                        A. Eric Aguilera
                                         Raymond E. Brown
17                                       Philip N. Blanco
                                         Attorneys for Travelers
18

19

20 DATED: December 23, 2014          PAYNE & FEARS LLP

21

22                                    By: /s/ Jared De Jong

23                                        J. Kelby Van Patten
                                         Jeffrey M. Hayes
24                                       Jared De Jong
                                         Attorneys for Centex
25

26

27

28

Case No.: 1:14-cv-01384-LJO-GSA
STIPULATION AND ORDER EXTENDING TIME FOR TRAVELERS TO FILE AMENDED COMPLAINT

1

## ORDER

2

3       IT IS HEREBY ORDERED that Travelers' deadline to file an amended Complaint will be

January 16, 2015.

4

5

**SO ORDERED**

6 **Dated: December 23, 2014**

                                        **/s/ Lawrence J. O'Neill**
7                                       **United States District Judge**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3