**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiffs, <br><br> v. <br><br> CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 1:14-cv-01384-LJO-GSA <br> Hon. Lawrence J. O'Neill <br><br> **ORDER ON REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS OF PLAINTIFFS' COMPLAINT** |

Pursuant to the stipulation by and between plaintiffs, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA. (collectively "TRAVELERS") and defendants CENTEX HOMES and CENTEX REAL ESTATE CORPORATION (collectively "CENTEX"), and good cause appearing therefore,

IT IS HEREBY ORDERED that the following claims asserted by TRAVELERS against CENTEX within the Complaint filed by TRAVELERS on August 22, 2014, are voluntarily DISMISSED WITHOUT PREJUDICE:

1

Case No.: 1:14-cv-1384-LJO-GSA
**ORDER ON REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS OF PLAINTIFFS' COMPLAINT**

- TRAVELERS' first, second and third counts for declaratory relief regarding whether CENTEX breached the cooperation clause in the insurance policies.
- TRAVELERS' first, second and third counts for breach of contract.
- TRAVELERS' cause of action for equitable reimbursement.

The following claims asserted by TRAVELERS against CENTEX within the Complaint filed by TRAVELERS on August 22, 2014, remain outstanding:

- TRAVELERS' first, second and third counts for declaratory relief regarding CENTEX's claimed entitlement to independent counsel.

IT IS SO ORDERED.

Dated:   **January 20, 2015**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

2

Case No.:  1:14-cv-1384-LJO-GSA
**ORDER ON REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS OF PLAINTIFFS' COMPLAINT**