# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ST. PAUL FIRE AND MARINE INSURANCE CO.**, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>**CENTEX HOMES**, *et al.*,<br><br>  Defendants. | 1:14-cv-1384-LJO-EPG<br><br>**ORDER RE STIPULATION TO DISMISS (Doc. 48)** |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. 48), this Court:

       1.    DISMISSES without prejudice this entire action and all claims;

       2.    VACATES all pending dates and matters; and

       3.    DIRECTS the Clerk of Court to CLOSE this action.

**IT IS SO ORDERED**

**Dated: January 27, 2016**

                                                          /s/ Lawrence J. O'Neill
                                                        **United States District Judge**